IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JEFF JAY HANCOCK,

    Petitioner,

  v.

JOHN MARSHALL, Warden,

    Respondent.
                                     /

No. C 07-02644 CW (PR)

ORDER OF DISMISSAL

    Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He states that his state habeas petitions are still pending before the California Supreme Court.

    The California Supreme Court's official website shows that Petitioner's state habeas petitions were filed on March 12, 2007 and April 19, 2007, and that there has not been any final decision from the California Supreme Court.  See Hancock (Jeff) on H.C., Cal. S. Ct. No. S150880; Hancock (Jeff) on H.C., Cal. S. Ct. No. S151947.

    The exhaustion requirement applicable to federal habeas petitions is not satisfied if there is a pending post-conviction

proceeding in state court. See 28 U.S.C. § 2254(b)-(c); Sherwood v. Tomkins, 716 F.2d 632, 634 (9th Cir. 1983). If a post-conviction challenge to a criminal conviction is pending in state court, a potential federal habeas petitioner must await the outcome of the challenge before his state remedies are considered exhausted. See id. Moreover, the rule in Sherwood applies whether or not the issue raised in the pending state petition is included in the federal petition, see id., for the reason that a pending state court challenge may result in the reversal of the petitioner's conviction, thereby mooting the federal petition. See id. (citations omitted).

As Petitioner has two petitions currently pending in the California Supreme Court, the instant petition for a writ of habeas corpus is DISMISSED without prejudice to refiling once all state court post-conviction challenges to Petitioner's conviction have been completed, and all claims Petitioner wishes to raise in federal court have been presented to the Supreme Court of California. See 28 U.S.C. § 2254(b)-(c); Rose v. Lundy, 455 U.S. 509, 522 (1982) (holding every claim raised in federal habeas petition must be exhausted).

The Clerk of the Court shall enter judgment and close the file. No filing fee is due.

IT IS SO ORDERED.

Dated: 5/24/07

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JEFF JAY HANCOCK,

    Plaintiff,

v.

JOHN MARSHALL et al,

    Defendant.

Case Number: CV07-02644 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 24, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeff Jay Hancock V-49474
California Men's Colony
P.O. Box 8101-5194
San Luis Obispo, CA 93409

Dated: May 24, 2007

    Richard W. Wieking, Clerk
    By: Sheilah Cahill, Deputy Clerk

3