IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF JAY HANCOCK,<br><br>    Petitioner,<br><br>  v.<br><br>JOHN MARSHALL, Warden,<br><br>    Respondent.              / | No. C 07-02644 CW (PR)<br><br>JUDGMENT |

    Pursuant to the Order of Dismissal signed today, the petition is DISMISSED WITHOUT PREJUDICE.

    IT IS SO ORDERED.

Dated: 5/24/07

                    /s/ Claudia Wilken
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JEFF JAY HANCOCK,

    Plaintiff,

v.

JOHN MARSHALL et al,

    Defendant.

Case Number: CV07-02644 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 24, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jeff Jay Hancock V-49474
California Men's Colony
P.O. Box 8101-5194
San Luis Obispo, CA 93409

Dated: May 24, 2007

    Richard W. Wieking, Clerk
    By: Sheilah Cahill, Deputy Clerk

2