Dear Clerk,                    07-2644CW                 8/1/07

I previously filed for Writ for Habeas Corpus in The Northern District on 5/18/07. It was dismissed pending exhaustion of Calif. Supreme Court cases that were pending at the time.

I've since obtained a denial (7/25/07) and would like to refile in the Northern District Court.

I'm an indigent inmate and I was hoping to obtain a copy of a application for filing a Writ for Habeas Corpus by a person in state custody, 28 USC §2254 along with an application to proceed In Forma Pauperis. I also was wondering, since my filing deadline is coming up shortly, can my family pay the filing fee, say over the Internet, credit card, etc.?

RECEIVED / Filed
AUG - 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Thank You,

*Jeff Hancock* (signature)

I'm currently housed at:

Jeff Hancock V-49474 140-103L
#8 Kings Way
Avenal, CA. 93204