Jeff Hancock V-49474 140-103L
#8 Kings Way
Avenal, CA, 93204

LEGAL MAIL
AUG 2 2007
AVENAL STATE PRISON
MAILROOM

Clerk of the United States District Court
for the Northern District of California
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA, 94102

neopost
US POSTAGE
$00.41 10
Mailed From 93204
08-02-2007
049JB2042606

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIF.
AUG -6 PM 1:58